# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

SADEK MOHAMED,

    Plaintiff,

v.                                      Case No. 14-11567

KEY LAKES, INC.,

    Defendant.
_____/

**ORDER DISMISSING CASE WITHOUT PREJUDICE FOR WANT OF PROSECUTION**

On August 20, 2014, the court directed Plaintiff Sadek Mohamed to show cause by August 27, 2014, why this action should not be dismissed for Plaintiff's failure to reasonably prosecute his case. Despite filing this action on April 21, 2014, Plaintiff has not taken any action to serve Defendant or otherwise proceed. Local Rule 41.2 allows the court to enter an order dismissing a case unless good cause is shown for a failure to take action to prosecute the case. E.D. Mich. LR 41.2. Plaintiff did not respond to the court's order. Accordingly,

IT IS ORDERED that Plaintiff's complaint (Dkt. # 21) is DISMISSED WITHOUT PREJUDICE.

                                                      s/Robert H. Cleland
                                                      ROBERT H. CLELAND
                                                      UNITED STATES DISTRICT JUDGE

Dated: August 30, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 30, 2014, by electronic and/or ordinary mail.

                                       s/Lisa Wagner
                                       Case Manager and Deputy Clerk
                                       (313) 234-5522